# NO. 12-18-00303-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *RIGOBERTO T. TOVAR,* *APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

## *MEMORANDUM OPINION*

Rigoberto T. Tovar appeals the trial court's judgment and attached order to withdraw funds from his inmate trust account to pay court costs. We modify and affirm as modified.

## BACKGROUND

In 2003, Appellant was indicted for driving while intoxicated (DWI), a third degree felony as alleged due to two prior DWI convictions.[1] Appellant pleaded "guilty" to the offense and the trial court sentenced him to ten years of imprisonment. However, the trial court suspended Appellant's sentence and placed him on community supervision for ten years. Later in 2003, the State filed a motion to revoke Appellant's community supervision. Appellant absconded. Over the years, the State filed two amended motions to revoke Appellant's community supervision. Law enforcement officials finally apprehended Appellant in 2018 for separate offenses. After overruling Appellant's motion to dismiss the revocation proceeding for lack of due diligence, Appellant pleaded "true" to the alleged violations in the State's amended motion. Accordingly, the trial court revoked Appellant's community supervision and sentenced him to ten years of imprisonment. This appeal followed.

---

[1] *See* TEX. PENAL CODE ANN. § 49.09(b)(2) (West Supp. 2018).

## COURT COSTS

In Appellant's sole issue, he argues that the trial court's judgment and attached order to withdraw funds from his inmate trust account contain an incorrect amount of court costs. He contends that we should modify the judgment and attached withdrawal order to reflect the correct amount. The State agrees, and so do we.

The record in this case indicates that a clerical error was made in the amount of court costs reflected in the judgment and attached withdrawal order. The bill of costs shows a court cost amount of $575.00 and a balance of $560.00. Appellant and the State agree that this indicates Appellant previously paid $15.00 in court costs. However, the judgment and attached withdrawal order show an incorrect court cost amount of $573.00.

An appellate court may reform a trial court's judgment when it has the necessary data and information. TEX. R. APP. P. 43.2(b); *Banks v. State*, 708 S.W.2d 460, 462 (Tex. Crim. App. 1986). The judgment in this case states that the attached withdrawal order is incorporated into the judgment and made a part of it. Therefore, we may reform the court cost amount in both the body of the judgment and the attached withdrawal order because we have the necessary data and information to do so. *See id.* Because the court cost amount in the judgment and attached withdrawal order conflicts with the amount in the bill of costs, we conclude that we should modify the judgment and the attached withdrawal order to reflect a court cost amount of $560.00. *See id.* Accordingly, we sustain Appellant's sole issue.

## DISPOSITION

Having sustained Appellant's sole issue, we *modify* the trial court's judgment and attached withdrawal order to reflect a court cost amount of $560.00. We *affirm* the trial court's judgment *as modified*.

**GREG NEELEY**
Justice

Opinion delivered May 15, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 15, 2019**

**NO. 12-18-00303-CR**

**RIGOBERTO T. TOVAR,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 114th District Court
of Smith County, Texas (Tr.Ct.No. 241-0131-03)

THIS CAUSE came on to be heard on the appellate record and the briefs filed herein, and the same being inspected, it is the opinion of the Court that the judgment of the trial court below should be **modified and, as modified, affirmed**.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below be **modified** to reflect a court cost amount of $560.00; **and as modified**, the trial court's judgment is **affirmed**; and that this decision be certified to the trial court below for observance.

Greg Neeley, Justice.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*